# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Marky, Frank S | § | Case No. 07 B 08928 |
|---|---|---|---|
|  | Marky, Donna J | § |  |
|  | Debtors | § |  |
|  |  | § |  |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/16/2007.

2) The plan was confirmed on 07/18/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/22/2007 and 12/05/2007.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/04/2009.

5) The case was converted on 12/14/2009.

6) Number of months from filing or conversion to last payment: 30.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $41,000.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $14,727.00 |
| Less amount refunded to debtor | $514.67 |
| **NET RECEIPTS:** | $14,212.33 |

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,874.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $872.44 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $4,746.44 |
| Attorney fees paid and disclosed by debtor | $0 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| City Of Chicago | Secured | $564.61 | $564.61 | $564.61 | $321.90 | $0 |
| Cook County Treasurer | Secured | $5,247.56 | $5,247.56 | $5,247.56 | $0 | $0 |
| EMC Mortgage Corporation | Secured | $360,000.00 | $367,060.47 | $367,060.47 | $0 | $0 |
| EMC Mortgage Corporation | Secured | $6,251.31 | $0 | $0 | $0 | $325.60 |
| Illinois Title Loans | Secured | $2,813.39 | $2,813.39 | $2,813.39 | $2,813.39 | $262.28 |
| Lighthouse Financial Group | Secured | $9,072.23 | $9,072.23 | $9,072.23 | $5,742.72 | $0 |
| AAA Cash Fast | Unsecured | $96.00 | NA | NA | $0 | $0 |
| ACL Inc | Unsecured | $2.95 | NA | NA | $0 | $0 |
| Advocate Health Care | Unsecured | $0 | NA | NA | $0 | $0 |
| Allstate | Unsecured | $86.72 | NA | NA | $0 | $0 |
| Allstate Insurance Company | Unsecured | $177.00 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $91.00 | NA | NA | $0 | $0 |
| Barr Management LTD | Unsecured | NA | $125.00 | $125.00 | $0 | $0 |
| Barr Management LTD | Unsecured | NA | $125.00 | $125.00 | $0 | $0 |
| Capital One | Unsecured | $571.00 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services I | Unsecured | $166.00 | NA | NA | $0 | $0 |
| Check N Go | Unsecured | $265.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| City Of Chicago | Unsecured | NA | $0 | $0 | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $100.00 | $100.00 | $100.00 | $0 | $0 |
| Commonwealth Edison | Unsecured | $607.59 | $533.43 | $533.43 | $0 | $0 |
| Consumer Portfolio Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Cook County Treasurer | Unsecured | NA | $0 | $0 | $0 | $0 |
| Dish Network | Unsecured | $407.63 | NA | NA | $0 | $0 |
| F & W LLC | Unsecured | $577.00 | NA | NA | $0 | $0 |
| F & W LLC | Unsecured | $577.00 | NA | NA | $0 | $0 |
| FCNb N News | Unsecured | $0 | NA | NA | $0 | $0 |
| Forest Glen Animal Hosp | Unsecured | $278.00 | NA | NA | $0 | $0 |
| Global Teledata | Unsecured | $148.00 | NA | NA | $0 | $0 |
| Hamilton | Unsecured | $68.00 | NA | NA | $0 | $0 |
| Head, Neck, And Cosmetic Surgery A | Unsecured | $283.00 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $835.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $143.00 | NA | NA | $0 | $0 |
| Illinois Masonic Medical Center | Unsecured | $41,998.00 | NA | NA | $0 | $0 |
| Illinois Masonic Medical Center | Unsecured | $817.00 | $43,279.45 | $43,279.45 | $0 | $0 |
| Jackson Hewitt | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Kmart Corp | Unsecured | $215.00 | NA | NA | $0 | $0 |
| Lighthouse Financial Group | Unsecured | $0 | $2,784.26 | $2,784.26 | $0 | $0 |
| Lighthouse Financial Group | Unsecured | NA | $0 | $0 | $0 | $0 |
| Lincoln Park Savings Bank | Unsecured | $0 | NA | NA | $0 | $0 |
| MCI | Unsecured | $260.41 | NA | NA | $0 | $0 |
| Med Outsourcing Service | Unsecured | $48.00 | NA | NA | $0 | $0 |
| Mercury Finance Co | Unsecured | $0 | NA | NA | $0 | $0 |
| Met Life | Unsecured | $344.11 | NA | NA | $0 | $0 |
| Midwest | Unsecured | $10.40 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | NA | $768.00 | $768.00 | $0 | $0 |
| Orkin | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,069.67 | $1,322.32 | $1,322.32 | $0 | $0 |
| Professional Services | Unsecured | $0 | NA | NA | $0 | $0 |
| Providian | Unsecured | $0 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $675.60 | $675.62 | $675.62 | $0 | $0 |
| SBC | Unsecured | $163.00 | NA | NA | $0 | $0 |
| SBC | Unsecured | $0 | NA | NA | $0 | $0 |
| State Farm Bank | Unsecured | $538.16 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| T Mobile USA | Unsecured | $1,097.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $1,098.00 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $1,016.00 | NA | NA | $0 | $0 |
| Unifund Corporation | Unsecured | $265.00 | NA | NA | $0 | $0 |
| Walgreens | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Washington Mutual | Unsecured | $0 | NA | NA | $0 | $0 |
| Wellington Radiology | Unsecured | $11.90 | NA | NA | $0 | $0 |
| Women's Workout World | Unsecured | $501.90 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $367,060.47 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $325.60 |
| Debt Secured by Vehicle | $11,885.62 | $8,556.11 | $262.28 |
| All Other Secured | $5,812.17 | $321.90 | $0 |
| **TOTAL SECURED:** | $384,758.26 | $8,878.01 | $587.88 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $49,713.08 | $0 | $0 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $4,746.44 | |
| Disbursements to Creditors | $9,465.89 | |
| **TOTAL DISBURSEMENTS:** | | $14,212.33 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: February 24, 2010   By: /s/ MARILYN O. MARSHALL
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)